## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JORGE DANIEL GUEREQUE SOLIS,

               Plaintiff,

    vs.

DIRECTOR OF UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES,

               Defendant.

**8:25CV242**

**ORDER ON VOLUNTARY DISMISSAL**

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal. Filing 6. Plaintiff states that the dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Filing 6 at 1. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal, Filing 6, is accepted, and this case is dismissed in its entirety.

The Clerk of Court shall administratively close the case.

Dated this 20th day of May, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge